UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Karen Moretti, | CASE NO:  10-cv-00896 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR STAY OF PROCEEDINGS** |
| Mutual Pharmaceutical Company and Actavis Elizabeth LLC, | |
| Defendants. | |

The above-captioned matter came on for hearing on Defendant Actavis Elizabeth LLC's Motion for Stay of Proceedings.  Based on all of the files, records and proceedings herein, the Court finds that Defendant Actavis Elizabeth LLC's motion should be granted, and that all further proceedings regarding this matter should be stayed pending the United States Supreme Court's decision in the pending matters *Actavis, Inc. v. Demahy* and *Actavis Elizabeth, LLC v. Mensing*.  Therefore,

**IT IS HEREBY ORDERED:**

1. That the Motion for Stay of Proceedings is GRANTED;

2. That all further proceedings in this matter are stayed pending the decision of the United States Supreme Court; and

3. That following the Supreme Court's decision, the parties shall notify the Court of the status of this case, and if further proceedings are required, the Court will issue a pre-trial status/scheduling conference pursuant Federal

2

Rule of Civil Procedure 26(f) to determine a schedule for further proceedings.

**BY THE COURT:**

Dated: March 1, 2011             s/ Michael J. Davis
                                                              Michael J. Davis
                                                              Chief Judge
                                                              United States District Court