UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Karen Moretti,    CASE NO: 10-cv-00896 (MJD/SER)

      Plaintiff,

v.    **ORDER**

Mutual Pharmaceutical Company and Actavis Elizabeth LLC,

      Defendants.

The above-captioned matter came on for hearing on Plaintiff's Motion to Lift Stay of Proceedings. Based on all of the files, records and proceedings herein, the Court finds that Plaintiffs motion should be granted in part. Specifically, the Stay of Proceedings entered by this court on March 4, 2011, should be lifted for the limited purpose of allowing the parties to proceed with pre-discovery dispositive motions to the Court. All further proceedings regarding this matter should be stayed pending the Court's determination of those motions. Therefore,

**IT IS HEREBY ORDERED:**

1. That Plaintiff's Motion to Lift Stay of Proceedings is GRANTED IN PART; and

2. That the Stay of Proceedings entered on March 4, 2011, is GRANTED for the purposes of proceeding with pre-discovery dispositive motions; and

2

3. That all further proceedings in this matter are stayed pending the Court's decision regarding those motions.

**BY THE COURT:**

Dated: October 30, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court